UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IDEAVILLAGE PRODUCTS CORP. et al.,

   -v-                                           No.  20 CV 4997-LTS

LIUZHOU WEIMAO MOBILE
ACCESSORY CO., LTD, et al.,

        Defendant.

--------------------------------------------------------x

## ORDER

A telephonic conference is scheduled to occur in the above-captioned matter on **July 22, 2020, at 4:00 p.m.**, at which time the Court may entertain any application for extension of the restraining provisions of the Court's July 9, 2020, Temporary Restraining Order. (Docket Entry No. 23, at II.A.2.)

To access the telephonic proceeding, the parties must dial **888-363-4734** and enter the access code **1527005#**, followed by the security code **1056#**. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers to the line must identify themselves if asked to do so.
4. Identify yourself each time you speak.
5. <u>Mute</u> when you are not speaking to eliminate background noise.
6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

    SO ORDERED.

Dated: New York, New York
       July 21, 2020

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge