UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IDEAVILLAGE PRODUCTS CORP. et al.,

   -v-                                                                                                  No.  20 CV 4997-LTS

LIUZHOU WEIMAO MOBILE
ACCESSORY CO., LTD, et al.,

       Defendant.

--------------------------------------------------------x

ORDER

A telephonic conference was held today in the above-captioned matter, at which Plaintiffs appeared by counsel.  There was no appearance for Defendants, who Plaintiffs report were served with the summons, complaint, and Temporary Restraining Order on July 20, 2020.

Plaintiff's request to extend the provisions of the Temporary Restraining Order is granted through August 5, 2020, the date set for the telephonic hearing on the Preliminary Injunction Motion.  The Preliminary Injunction hearing will take place on **August 5, 2020, at 2:30 p.m.**  To access the telephonic proceeding, the parties must dial **888-363-4734** and enter the access code **1527005#**, followed by the security code **1056#**.  (Members of the press and public

may call the same number, but will not be permitted to speak during the conference.)  During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.

2. Use a handset rather than a speakerphone.

3. All callers to the line must identify themselves if asked to do so.

4. Identify yourself each time you speak.

5. <u>Mute</u> when you are not speaking to eliminate background noise.

6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Defendants' opposing papers must be filed electronically by **July 29, 2020**, and any reply papers must be filed by **August 3, 2020**.  The affidavits filed in support of the Preliminary Injunction (and any filed in opposition) will be considered direct testimony and any live testimony will be limited to cross-examination and redirect.  If there is an opposing evidentiary proffer, the parties must meet and confer regarding anticipated live testimony, if any, and logistical proposals therefor, and submit a joint status report to the Court by **August 3, 2020, at 12:00 p.m. noon**.

SO ORDERED.

Dated: New York, New York
      July 22, 2020

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge