# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.; and IDVC, LLC<br>*Plaintiffs*<br><br>v.<br><br>LIUZHOU WEIMAO MOBILE ACCESSORY CO., LTD. d/b/a SPORTS BRACERS SHOP d/b/a WWW.COPPERFITONLINESHOP.COM d/b/a WWW.ERYON.LIFE; WWW.COPPERFITONLINESHOP.COM; and WWW.ERYON.LIFE<br>*Defendants* | **20-cv-4997 (LTS)** |

### ORDER

The Court held a telephonic hearing this day on Plaintiffs' motion for a preliminary injunction. Defendants did not appear, and the motion was granted by separate order. Plaintiffs are hereby directed to file a status report by the earlier of (a) **October 30, 2020**, and (b) **seven (7) days** after the appearance of any Defendant in this action.

**SO ORDERED.**

DATE: August 5, 2020
New York, New York

                                                          /s/ Laura Taylor Swain
                                                          HON. LAURA TAYLOR SWAIN
                                                          UNITED STATES DISTRICT JUDGE