UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IDEAVILLAGE PRODUCTS CORP. et al.,

        Plaintiffs,                        No. 20 Civ. 4997 (LTS)

   -v-

LIUZHOU WEIMAO MOBILE                  ORDER
ACCESSORY CO., LTD et al.,

        Defendants.

-------------------------------------------------------x

        This matter having been commenced by the filing of a complaint on June 30, 2020, and the defendants having failed to interpose timely answers to the complaint or otherwise move in this proceeding, and the plaintiffs having sought permission to move for a default judgment, it is hereby

        ORDERED, that the plaintiffs may make a motion for a default judgment; and it is further

        ORDERED, that the plaintiffs' motion must be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action; and it is further

        ORDERED, that such motion for default judgment must be served on the defendants and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion must be filed by December 31, 2020, shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1, and will be taken on submission unless otherwise directed by the Court; and it is further

ORDERED, that plaintiffs must serve a copy of this Order on defendants and file proof of such service within fourteen (14) days from the date hereof.

Dated: New York, New York
October 16, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge