UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IDEAVILLAGE PRODUCTS CORP. et al.,

    -v-                                                     No.  20 CV 4997-LTS

LIUZHOU WEIMAO MOBILE
ACCESSORY CO., LTD, et al.,

       Defendant.

-------------------------------------------------------x

## Order

The Court hereby orders that the interest that has accrued on the $50,000.00 bond posted by Plaintiffs in this action is hereby released to counsel for Plaintiffs.  The Court respectfully directs the Clerk of Court to distribute the interest accrued on Plaintiffs' bond under the Court's CRIS system to counsel for Plaintiffs.

       SO ORDERED.

Dated: New York, New York
       August 19, 2021

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge